IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD DWAYNE WHITFIELD, )<br>ID # 623668, )<br>    Petitioner, )<br>vs. )<br>  )<br>DOUGLAS DRETKE, Director, )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions Division, )<br>    Respondent. ) | No. 3:05-CV-0929-N |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** petitioner's application to proceed *in forma pauperis*. By separate judgment, the Court dismisses this action for the failure of petitioner to comply with a previous sanction order entered against him by the United States District Court for the Southern District of Texas.

SIGNED June 14, 2005.

_David C. Godbey_
UNITED STATES DISTRICT JUDGE